# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**RODNEY E. DAMON**                                                                 **PLAINTIFF**

**v.**                                    **Case No. 4:19-cv-00193-KGB**

**BOK FINANCIAL SECURITIES, INC.,** *et al*.                                       **DEFENDANTS**

## ORDER

Before the Court is a motion to dismiss with prejudice filed by plaintiff Rodney E. Damon (Dkt. No. 10). Mr. Damon represents that the parties have reached a settlement of this matter (*Id.*, ¶ 1). Mr. Damon moves the Court to dismiss with prejudice all claims asserted by him in the complaint (*Id.*, ¶ 2). The parties have agreed that each party is to bear its own costs (*Id.*, ¶ 3). For good cause shown, the Court grants the motion (Dkt. No. 10). The action is dismissed with prejudice, with each party to bear its own costs.

It is so ordered this 9th day of August, 2019.

                                                                Kristine G. Baker
                                                                United States District Judge